FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2017 APR 13 PM 3:31

Civil Case Number: _____

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

6:17-CV-670-ORL-40 DCI

Margot Street,

           Plaintiff,

vs.

Advanced Call Center Technologies, LLC,

           Defendant.

## COMPLAINT

For this Complaint, Plaintiff, Margot Street, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Margot Street ("Plaintiff"), is an adult individual residing in Kissimmee, Florida, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. Defendant, Advanced Call Center Technologies, LLC ("Advanced"), is a Pennsylvania business entity with an address of 1235 Westlakes Drive, Suite 160, Berwyn, Pennsylvania 19312, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## FACTS

5. Within the last four years, Advanced called Plaintiff's cellular telephone, number 561-XXX-9732 in an attempt to collect the Debt allegedly owed by Plaintiff.

6. During all times mentioned herein, Advanced called Plaintiff by using an automatic telephone dialer system ("ATDS" or "predictive dialer") and by using an artificial prerecorded voice.

7. Upon answering Advanced's calls, Plaintiff is met with a prerecorded message instructing Plaintiff to hold; however, Plaintiff is never connected to a live agent.

8. Due to the excessive calls, and having been unable to reach a live agent, in or around July 2016, Plaintiff returned Advanced's calls.

9. Plaintiff demanded Advanced remove her cellular telephone number from its dialing list.

10. Despite Plaintiff's unequivocal demand, Advanced continued to call Plaintiff using an artificial prerecorded voice.

11. Advanced's calls directly interfered with Plaintiff's right to peacefully enjoy a service that Plaintiff paid for and caused Plaintiff a significant amount of anxiety, frustration and annoyance.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *ET SEQ.*

12. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last four years, Defendant called Plaintiff on her cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

14. Defendant continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by Defendant was and is assigned to a cellular telephone serviced by AT&T for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

18. Each of the aforementioned calls made by Defendant constitutes a violation of the TCPA.

19. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

20. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: April 7, 2017

Respectfully submitted,

*/s/ Stan Michael Maslona*
Stan Michael Maslona, Esq.
Florida Bar No. 86128
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
smaslona@lemberglaw.com